UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Valerie M. Goodman, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Volt Information Sciences, Inc., and, )<br>Schneider Electric USA, Inc. )<br>)<br>Defendants. )<br>_____ ) | C/A No. 3:14-cv-00458-MBS-KDW |

## ORDER TO STAY ACTION PENDING ARBITRATION

This matter is before the court on the parties' Joint Stipulation to Stay Action, ECF No. 9, in which the parties seek to stay this matter pending the arbitration of this matter. For good cause shown, and based on the parties' consent, the court hereby orders that the parties' Joint Stipulation to Stay Action be **GRANTED**, pending the resolution of this matter in arbitration.

IT IS THEREFORE ORDERED that this matter be stayed with leave to petition the court to dismiss or reinstate the action if necessary. The parties are to advise the court within 30 days of the close of arbitration.

IT IS SO ORDERED.

March 4, 2014                                                          Kaymani D. West
Florence, South Carolina                                        United States Magistrate Judge