IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Valerie M. Goodman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3:14-458-MGL |
| ) | |
| Volt Information Services, Inc., and ) | |
| Schneider Electric USA, Inc., ) | |
| ) | **ORDER** |
| Defendants. ) | |

Plaintiff Valerie M. Goodman, ("Plaintiff"), proceeding *pro se*, brings this civil action pursuant to The Civil Rights Act of 1964, 42 U.S.C. § 2000(e) *et seq*. (ECF No. 1). The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Kaymani D. West, to whom this case had previously been assigned. In the Report, (ECF No. 35), the Magistrate Judge recommends that Defendants' Motion to Dismiss, (ECF No. 29), be granted and that Plaintiff's complaint be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and other cited authorities. Objections to the Report were due by October 5, 2015. Plaintiff filed no objections to the Report. The matter is now ripe for review by this Court.

The Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and finds no error in the Report.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. (ECF No. 35).  Defendants' Motion to Dismiss, (ECF No. 29) is thereby **GRANTED** and Plaintiff's complaint is **DISMISSED** *with prejudice* for failure to prosecute pursuant to Rule 41(b) and other cited authorities.

**IT IS SO ORDERED**.

    s/Mary G. Lewis    
United States District Judge

October 8, 2015
Columbia, South Carolina